**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50426/0061091815

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gerald M. McIntyre and Nancy L. McIntyre<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>   vs.<br><br>Gerald M. McIntyre and Nancy L. McIntyre,<br>Debtors, William E. Pierce, Trustee.<br><br>      Respondents. | No. 2:09-bk-30337-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 30, 2005 and recorded in the office of the Yavapai County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Gerald M. McIntyre and Nancy L. McIntyre have an interest in, further described as:

> THE FOLLOWING DESCRIBED PROPERTY IN THE COUNTY OF YAVAPAI, STATE OF ARIZONA:
>
> LOT 43, PRESCOTT COUNTRY CLUB, ACCORDING TO THE PLAT OF RECORD IN BOOK 13 OF MAPS, PAGE 79, RECORDS OF YAVAPAI COUNTY, ARIZONA.
>
> EXCEPT ALL OIL, GAS, OTHER HYDROCARBON STUBSTANCES, HELIUM, OR OTHER SUBSTANCES OF A GASEOUS NATURE, COAL METALS, FOSSILS, FERTILIZER OF EVERY NAME AND DESCRIPTION, TOGETHER WITH ALL URANIUM, THORIUM OR ANY OTHER MATERIAL WHICH IS OR MAY BE DETERMINED BY THE LAWS OF THE UNITED STATES, OR OF THIS STATE, OR DECISIONS OF COURT, TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIAL, WHETHER OR NOT OF COMMERICIAL VALUE AND THE EXCLUSIVE RIGHT THERETO, ON IN OR UNDER THE ABOVE DESCRIBED LANDS, SHALL BE AND REMAIN AND ARE HEREBY RESERVED IN AND RETAINED BY THE STATE OF ARIZONA.
>
> APN: 402-16-043

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT